IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Gina D. Neilly, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-01363-LO-MSN |
| | ) |
| CDA INCORPORATED d/b/a MAXSENT, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The above-styled action has been resolved between the parties. Accordingly, it is hereby ORDERED that this action is hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

ENTERED this 26th day of August 2021.

/s/
United States District Court Judge
Liam O'Grady
United States District Judge

1

SEEN AND AGREED:

\_\_\_\_\_/s/_____
John C. Cook, VSB 38310
Philip C. Krone, VSB 87723
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Tel: (703) 865-7480
Fax: (703) 434-3510
jcook@cookcraig.com
pkrone@cookcraig.com
*Counsel for Plaintiff*


SEEN AND AGREED:

\_\_\_\_\_/s/_____
Joseph B. Greener (VA Bar No. 90758)
Jason M. Branciforte (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, D.C. 20006
(202) 842-3400 (telephone)
(202) 315-3173 (facsimile)
jgreener@littler.com
jbranciforte@littler.com
*Counsel for Defendant CDA Incorporated d/b/a MaxSent*